**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEFA LARGADO,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No.  **6:06-cv-1465-Orl-31KRS**

**TILAK ENTERPRISE OF AMERICA,**
**INC., KAMLESH R. PATEL, and**
**MINAKASHIBEN PATEL,**

           **Defendants.**

_____

**ORDER**

This cause came on for consideration after oral argument on the document filed Defendants Tilak Enterprises of America Inc. d/b/a Dryclean R. Us, Kamlesh R. Patel, and Minakashiben Patel, doc. no. 17, which was construed as a motion to set aside default, doc. no. 18.

By Order and Notice of Hearing dated May 16, 2007, I set a hearing on the motion to set aside default for May 31, 2007, and required the individual defendants personally to attend, and the corporate defendant to appear by counsel. Doc. No. 24.  The Order and Notice of Hearing was sent to the defendants by the Clerk's Office.  Clerk's Notes of May 17, 2007.  Neither the individual defendants, the corporate defendant, nor counsel for any defendant appeared at the hearing.

The Clerk of Court is directed to re-caption the document filed at doc. no. 17 as a motion to set aside default.  Based on the defendants' failure to appear at the hearing, despite an order of the Court to do so, the motion to set aside default is **DENIED**.

At the hearing, counsel for Plaintiff Josefa Largado indicated that the parties are engaged in settlement discussions. Based on this representation, Plaintiff's Motion for Entry of Default Judgment, doc. no. 15, is **DENIED without prejudice**. Largado shall have until July 13, 2007, to file a renewed motion for default judgment, a motion for approval of the settlement, or other appropriate motion.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties